1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8
powerlineman.com, LLC, a
9  COLORADO LIMITED LIABILITY
   COMPANY,
10
                                    NO. CIV. S-07-879 LKK/EFB
11          Plaintiff,

12     v.
                                         O R D E R
13  ROBERT J. KACKSON, an
    individual, and doing
14  business as line-man.com,
    utilityjobsonline.com,
15  utilityinnovations.com, and
    THE LINEMAN TOOL BIN,
16

17          Defendant.

18  _____/

19       Pursuant to the parties' stipulation, the hearing on the

20  motion to dismiss currently set for October 22, 2007 is CONTINUED

21  to November 13, 2007 at 10:00 a.m.  The status conference currently

22  set for October 26, 2007 is CONTINUED to December 3, 2007 at 2:00

23  p.m.  Defendant's reply brief is DUE by October 29, 2007.

24       IT IS SO ORDERED.

25       DATED:  October 17, 2007.

26
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT