Mark E. Ellis - 127159
Daniel D. McGee - 218947
ELLIS, COLEMAN, POIRIER, LAVOIE,
 & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant ROBERT JACKSON dba LINE-MAN.COM, UTILITYJOBSONLINE.COM, UTILITYINNOVATIONS.COM AND THE LINEMAN TOOL BIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| powerlineman.com, LLC, A COLORADO LIMITED LIABILITY COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT JACKSON, an individual, and doing business as line-man.com, utilityjobsonline.com, utilityinnovations.com, and THE LINEMAN TOOL BIN,<br><br>  Defendant. | Case No.:  07-CV-00879-LKK-EFB<br><br>**ORDER** |

Based on the parties' stipulation, the time in which Defendant Robert Jackson is required to answer Plaintiff powerlineman.com, LLC's complaint, and to file his cross-claim, if any, is hereby enlarged until December 3, 2007.

IT IS SO ORDERED.


Dated: November 27, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Alexandria M. Felix, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On November 27, 2007, I served the following document(s) on the parties in the within action:

### [PROPOSED] ORDER

| | |
|---|---|
| **X** | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |
| **X** | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

| | |
|---|---|
| Donald W. Ullrich, Jr.<br>Attorney at Law<br>3574 D Street<br>Sacramento, CA 95816-0007 | Attorneys for |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 27, 2007.

By .___/s/_____
   Alexandria M. Felix