Donald W. Ullrich, Jr.
Attorney at Law, SBN#118701
3574 D Street
P. O. Box 160007
Sacramento, CA  95816-0007
Telephone No. 916-441-4554
Facsimile No. 916-441-5465
E-mail: ullrichlawfirm@att.net

Attorney for Plaintiff:
powerlineman.com, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| powerlineman.com, LLC, a Colorado limited liability company, | Case No. 07-CV-00879-LKK-EFB |
| Plaintiff, | ORDER ON STIPULATION BY |
| vs. | COUNSEL TO *INTER ALIA* EXTEND |
| Robert Jackson, an individual, | THE TIME TO DISCLOSE EXPERTS |
| and doing business as "line-man.com," | WITH RESPECT TO F. R. CIV. P. |
| "utilityjobsonline.com," "utilityinnovations.com," | 26(a)(2)(C) AS MODIFIED BY THE |
| and "The Lineman Tool Bin," | COURT'S SCHEDULING ORDER AND |
| Defendant. | TO SPECIFY THE DATE TO DISCLOSE |
| | REBUTTAL EXPERTS AS PROVIDED |
| | FOR IN F. R. CIV. P. 26(a)(2)(C) |
| _____/ | |

The court having considered the stipulation of counsel for plaintiff powerlineman.com, LLC, Donald W. Ullrich, Jr., and counsel for defendant Robert Jackson, an individual and doing

ORDER ON STIPULATION BY COUNSEL TO *INTER ALIA* EXTEND THE TIME TO DISCLOSE EXPERTS WITH

RESPECT TO F. R. CIV. P. 26(a)(2)(C) AS MODIFIED BY THE COURT'S SCHEDULING ORDER AND TO SPECIFY

THE DATE TO DISCLOSE REBUTTAL EXPERTS AS PROVIDED FOR IN F. R. CIV. P. 26(a)(2)(C)-1-

business as "line-man.com," "utilityjobsonline.com," "utilityinnovations.com," and "The Lineman Tool Bin," Daniel D. McGee, as electronically filed with the court on August 13, 2008, wherein said counsel seek the court's ratification with respect to their changing dates in the court's scheduling order by stipulation where said dates occur within sixty days of the discovery cut-off of October 3, 2008, but not seeking to extend said cut-off, for good cause appearing,

   IT IS ORDERED

1. That the disclosure date for expert witnesses is changed to September 3, 2008;

2. That the rebuttal expert witness disclosure date is September 18, 2008;

3. That the deadline for the court to hear motions to compel discovery is changed to September 23, 2008; and

4. That the deadline for mid-litigation statements is changed to September 26, 2008.

   Dated: August 18, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER ON STIPULATION BY COUNSEL TO *INTER ALIA* EXTEND THE TIME TO DISCLOSE EXPERTS WITH RESPECT TO F. R. CIV. P. 26(a)(2)(C) AS MODIFIED BY THE COURT'S SCHEDULING ORDER AND TO SPECIFY THE DATE TO DISCLOSE REBUTTAL EXPERTS AS PROVIDED FOR IN F. R. CIV. P. 26(a)(2)(C)-2-

PDF created with pdfFactory trial version www.pdffactory.com