Donald W. Ullrich, Jr.
Attorney at Law, SBN#118701
3574 D Street
P. O. Box 160007
Sacramento, CA  95816-0007
Telephone No. 916-441-4554
Facsimile No. 916-441-5465
E-mail: ullrichlawfirm@att.net

Attorney for Plaintiff:
powerlineman.com, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| powerlineman.com, LLC, a Colorado limited liability company, | Case No. 07-CV-00879-LKK-EFB |
| Plaintiff, | ORDER DISMISSING ENTIRE CASE WITH PREJUDICE ON WRITTEN REQUEST OF PLAINTIFF |
| vs. | |
| Robert Jackson, an individual, and doing business as "line-man.com," "utilityjobsonline.com," "utilityinnovations.com," and "The Lineman Tool Bin," | |
| Defendant. | |

The court having considered the written request of plaintiff, powerlineman.com, LLC, by and through counsel, Donald W. Ullrich, Jr., to dismiss the entire above-entitled case with prejudice as against the defendant Robert Jackson, an individual and doing business as "line-man.com,"

ORDER DISMISSING ENTIRE CASE WITH PREJUDICE ON REQUEST OF PLAINTIFF-

-1-

PDF created with pdfFactory trial version www.pdffactory.com

"utilityjobsonline.com," "utilityinnovations.com," and "The Lineman Tool Bin," which request was submitted concurrently herewith,

IT IS ORDERED that the above-entitled case is herewith dismissed in its entirety with prejudice.

DATED:  September 26, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER DISMISSING ENTIRE CASE WITH PREJUDICE ON REQUEST OF PLAINTIFF-

-2-

PDF created with pdfFactory trial version www.pdffactory.com